No. 1950, Misc.   LeMay v. Henderson, Warden. C. A. 6th Cir.   Certiorari denied.   *George F. McCanless,* Attorney General of Tennessee, for respondent. ■

No. 1954, Misc.   McChesney v. LaVallee, Warden. App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 1962, Misc.   Hooper v. Mississippi.   Sup. Ct. Miss.   Certiorari denied.   *W. S. Moore* for petitioner.

No. 1968, Misc.   Pepitone v. California et al.   Sup. Ct. Cal.   Certiorari denied.

No. 1990, Misc.   Mauch v. Buchkoe, Warden.   C. A. 6th Cir.   Certiorari denied.   *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1997, Misc.   Kam, Executor v. City and County of Honolulu.   Sup. Ct. Hawaii.   Certiorari denied. *Joseph A. Ryan* for petitioner.

No. 952, Misc.   Sayers et al. v. New York.   Ct. App. N. Y.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   *Joseph Harris* for petitioners.

No. 2042, Misc.   Jones v. New Jersey.   Sup. Ct. N. J.   Certiorari denied.   *Joseph F. Walsh* for petitioner.